**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BRIAN BALDWIN**                                                                    **PLAINTIFF**

v.                                    **CASE NO. 3:08CV00083 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Brian Baldwin.

IT IS SO ORDERED this 15th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE